**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUBEN ANTONIO VIZCARRA-LOPEZ,<br><br>    Defendant. | Case No. 2:26-cr-00039-JAD-MDC<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Arraignment, Plea, and Sentencing Hearing currently scheduled on May 28, 2026 at the hour of 1:30 p.m., be vacated and continued to June 18, 2026 at the hour of 11:30 a.m.

DATED this 14th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE

3